DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID MORDEKHAY** and **CONTINENTAL CONNECTIONS USA, LLC,**
Appellants,

v.

**ORI DARMON,** derivatively as a member and on behalf of **D.O.D. INVESTMENTS, LLC,** a Florida Limited Liability Company, **S.B. MIAMI DEVELOPMENT, LLC,** a Florida Limited Liability Company, and **BERAZ INVESTMENT LLC,** a Florida Limited Liability Company derivatively as members and on behalf of **D.O.D. HOLDINGS, LLC,** a Florida Limited Liability Company,
Appellees.

No. 4D2022-3153

[March 14, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE16-014391.

Nancy W. Gregoire Stamper of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, for appellants.

Lyle E. Shapiro and Beatriz M. Carta of Herskowitz Shapiro, PLLC, Miami, for appellees.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***